UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

```
U.S. DISTRICT COURT
DISTRICT OF VERMONT
         FILED
      7/8/2022
BY      LAW
    DEPUTY CLERK
```

Jeffrey Rivard
                    Plaintiff(s)

vs.                                    Civil Action No: 2:22-cv-134

State of Vermont
                    Defendant(s)

## APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff moves this Court for an order permitting him to file this action *in forma pauperis* without prepayment of fees and costs or security therefore because as the attached affidavit indicates, s/he is unable to pay such costs or give security therefore.

Dated at Brattleboro, Vermont, this 06th day of July, 2022.

_____
Plaintiff

(Rev. 3/12)